MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>　　　　Defendants. | No.   CV11-01318<br><br>**DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE AND REQUEST FOR A REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Defendants County of Santa Clara and Sheriff Laurie Smith, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Dated: May 12, 2011　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　MIGUEL MÁRQUEZ
　　　　　　　　　　　　　　　　　　　　　　　County Counsel


By:　_____/S/_____
　　　MELISSA R. KINIYALOCTS
　　　Deputy County Counsel

　　　Attorneys for Defendants
　　　SHERIFF LAURIE SMITH and
　　　COUNTY OF SANTA CLARA

411732.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Declination to Proceed Before a U.S.
Magistrate Judge and Request for
Reassignment to a United States District Judge　　　　　　　　　　　CV11-01318