UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCOCCA, et al., | No. CV11-01318 PSG |
| Plainitff(s), | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| SHERIFF LAURIE SMITH, et al., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

The case management conference presently scheduled for Tuesday, June 21, 2011 at 2:00 p.m. before Magistrate Judge Paul S. Grewal is hereby vacated. Clerk to reassign case.

Dated: May 18, 2011

Richard W. Wieking, Clerk
United States District Court

By: Oscar Rivera
Courtroom Deputy Clerk to
Magistrate Judge Paul S. Grewal