MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY
OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>    Defendants. | No.   CV11-01318<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:   August 12, 2011<br>Time:   9:00 a.m.<br>Dept.:  3<br>Judge:  Jeremy D. Fogel |

Defendants Sheriff Laurie Smith and County of Santa Clara respectfully request the Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following judicial decisions:

1. Memorandum and Order in *Richards v. County of Yolo*, Case No. 09-DV-01235 (E.D. Cal. May 16, 2011), which is attached as Exhibit A, and Notice of Appeal in that matter, which is attached as Exhibit B.

2. *Garcia v. City of Ceres*, 2009 WL 529886 (E.D. Cal. 2009), which is attached as Exhibit C.

/ /

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Defendants' Request for Judicial
Notice in Support of Motion to Dismiss    1    CV11-01318

3. *Akhtarshad v. City of Corona*, 2009 WL 362130 (C.D. Cal. 2009), which is attached as Exhibit D.

Dated: May 27, 2011

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By:        /S/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH AND
COUNTY OF SANTA CLARA

416615.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Defendants' Request for Judicial
Notice in Support of Motion to Dismiss    2    CV11-01318