Case 2:09-cv-01235-MCE -DAD   Document 74   Filed 05/16/11   Page 1 of 1

1  Alan Gura (Calif. Bar No. 178221)
   Gura & Possessky, PLLC
2  101 N. Columbus St., Suite 405
   Alexandria, VA 22314
3  703.835.9085/Fax 703.997.7665

4  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
   Law Offices of Donald Kilmer, A.P.C.
5  1645 Willow Street, Suite 150
   San Jose, CA 95125
6  408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Adam Richards, Brett Stewart, Second Amendment Foundation, Inc., and Calguns Foundation, Inc., | Case No. 2:09-cv-01235-MCE-DAD (TEMP) |
|---|---|
| Plaintiffs, | NOTICE OF APPEAL |
| v. | |
| Ed Prieto, et al., | |
| Defendants. | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs, Adam Richards, Brett Stewart, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order and judgment denying plaintiffs' motion for summary judgment and granting defendants' motion for summary judgment, entered in this action on the 16th day of May, 2011 (Dkt. Nos. 72, 73).

Dated: May 16, 2011                          Respectfully submitted,

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)   Alan Gura (Calif. Bar No. 178221)
Law Offices of Donald Kilmer, A.P.C.              Gura & Possessky, PLLC
1645 Willow Street, Suite 150                     101 N. Columbus St., Suite 405
San Jose, CA 95125                                Alexandria, VA 22314
408.264.8489/Fax 408.264.8487                     703.835.9085/Fax 703.997.7665
E-Mail: Don@DKLawOffice.com

By: /s/ Donald E.J. Kilmer, Jr.               By: /s/ Alan Gura
    Donald E.J. Kilmer, Jr.                       Alan Gura

                                              Attorneys for Plaintiffs       **EXHIBIT B**

_Notice of Appeal_                                            _Richards, et al. v. Prieto, et al._