1   Donald E. J. Kilmer, Jr. [SBN: 179986]
     LAW OFFICES OF DONALD KILMER
2   1645 Willow Street, Suite 150
     San Jose, California 95125
3   Voice: (408) 264-8489
     Fax:   (408) 264-8487
4   E-Mail: Don@DKLawOffice.com

5   Jason A. Davis [SBN: 224250]
     Davis & Associates
6   27281 Las Ramblas, Suite 200
     Mission Viejo, CA 92691
7   Voice: (949) 310-0817
     Fax:   (949) 288-6894
8   E-Mail: Jason@CalGunLawyers.com

9   Attorneys for Plaintiffs

10

11                    UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
13

14   TOM SCOCCA, MADISON              Case No.:    CV 11 01318 - JF
      SOCIETY, INC., and THE
15   CALGUNS FOUNDATION, INC.,        **STIPULATION OF THE PARTIES
                                       AND REQUEST FOR SCHEDULING
16          Plaintiffs,               ORDERS RE: CASE MANAGEMENT
                                       CONFERENCE**
17               vs.
                                       **Current Date:     July 8, 2011
18                                     Current Time:      10:30 a.m.
      SHERIFF LAURIE SMITH (In her    Courtroom 3, 5th Floor**
19   individual and official capacity.),
      COUNTY OF SANTA CLARA, and       **Honorable Jeremy Fogel**
20   DOES 1 to 20,

21          Defendants.

22

23

24          The parties are proposing to vacate Case Management Conference currently

25   set for July 8, 2011 at 10:30 a.m.

26          The Defendants have a Motion to Dismiss currently set for August 12, 2011

27   at 9:00 a.m.  The parties, by and through undersigned counsel, believe that holding

28   a status conference, with direction from the Court after the hearing on the Motion

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: CMC                      Page 1 of 2                      Scocca v. Smith

1   to Dismiss will conserve the parties' and judicial resources.  Additionally, Plaintiffs'

2   Counsel Donald Kilmer has a readiness conference on a jury trial in Oakland that

3   conflicts with the current date.

4        The parties agree to stay all discovery not related to the Motion to Dismiss

5   until after the Court has made itS ruling on the motion.

6        Respectfully Submitted on June 20, 2011,

7

8   _____/s/_____              _____/s/_____
    Melissa Kiniyalocts,                   Donald Kilmer
    Counsel for Defendants                 Counsel for Plaintiffs

9

10       **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND
                    LOCAL RULE VIII.B.**

11      I, Donald Kilmer, declare under penalty of perjury under the laws of California
    and the United States that I have in my possession e-mail correspondence from

12   Melissa Kiniyalocts that the content of this document is acceptable to all persons
    required to sign the document.  I declare that this document was signed in San

13   Jose, CA on June 20, 2011.

14   _____/s/_____
    Donald Kilmer of

15   Law Offices of Donald Kilmer, APC
    for Plaintiffs

16

17

18                **<u>SO ORDERED</u>**

19       The Case Management Conference set for July 8, 2011 is vacated until

20   further order of this Court.  If the Defendants' Motion to Dismiss is granted, no

21   further action will be required.  If the Defendants' Motion to Dismiss is denied (in

22   whole or in part), the parties shall submit a joint request to have the Case

23   Management Conference placed back on the Court's calendar on a mutually

24   convenient date.

25   Date:

26

27   _____

28                United States District Judge

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487