1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Jason A. Davis [SBN: 224250]
   Davis & Associates
6  27281 Las Ramblas, Suite 200
   Mission Viejo, CA 92691
7  Voice: (949) 310-0817
   Fax:   (949) 288-6894
8  E-Mail: Jason@CalGunLawyers.com

9  Attorneys for Plaintiffs

10

11
                    UNITED STATES DISTRICT COURT
12        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
13

14  TOM SCOCCA, MADISON                 Case No.:    CV 11 01318 - JF
    SOCIETY, INC., and THE
15  CALGUNS FOUNDATION, INC.,           **STIPULATION OF THE PARTIES
                                        AND REQUEST FOR SCHEDULING
16                                      ORDERS RE: CASE MANAGEMENT
       Plaintiffs,                      CONFERENCE**
17
                                        **Current Date:    July 8, 2011
               vs.                      Current Time:    10:30 a.m.**
18                                      **Courtroom 3, 5ᵗʰ Floor**
    SHERIFF LAURIE SMITH (In her
19  individual and official capacity.), **Honorable Jeremy Fogel**
    COUNTY OF SANTA CLARA, and
20  DOES 1 to 20,

21
       Defendants.
22

23

24        The parties are proposing to vacate Case Management Conference currently

25  set for July 8, 2011 at 10:30 a.m.

26        The Defendants have a Motion to Dismiss currently set for August 12, 2011

27  at 9:00 a.m.  The parties, by and through undersigned counsel, believe that holding

28  a status conference, with direction from the Court after the hearing on the Motion

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: CMC                    Page 1 of  2                    Scocca v. Smith

1  to Dismiss will conserve the parties' and judicial resources. Additionally, Plaintiffs'

2  Counsel Donald Kilmer has a readiness conference on a jury trial in Oakland that

3  conflicts with the current date.

4       The parties agree to stay all discovery not related to the Motion to Dismiss

5  until after the Court has made itS ruling on the motion.

6       Respectfully Submitted on June 20, 2011,

7

8     /s/                           /s/
  Melissa Kiniyalocts,               Donald Kilmer
  Counsel for Defendants       Counsel for Plaintiffs

9

10  **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND**
**LOCAL RULE VIII.B.**

11

12    I, Donald Kilmer, declare under penalty of perjury under the laws of California
and the United States that I have in my possession e-mail correspondence from
Melissa Kiniyalocts that the content of this document is acceptable to all persons

13  required to sign the document. I declare that this document was signed in San
Jose, CA on June 20, 2011.

14     /s/

15  Donald Kilmer of
Law Offices of Donald Kilmer, APC

16  for Plaintiffs

17

18                 **SO ORDERED**

19       The Case Management Conference set for July 8, 2011 is vacated until

20  further order of this Court. If the Defendants' Motion to Dismiss is granted, no

21  further action will be required. If the Defendants' Motion to Dismiss is denied (in

22  whole or in part), the parties shall submit a joint request to have the Case

23  Management Conference placed back on the Court's calendar on a mutually

24  convenient date.

25  Date: 6/21/11

26

27                 United States District Judge

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487