1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH AND COUNTY
6  OF SANTA CLARA

7

8                UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        (San Jose)

10

11 TOM SCOCCA, MADISON SOCIETY,  )   No.   CV11-01318
   INC., and THE CALGUNS         )
12 FOUNDATION, INC.,             )   **STIPULATION AND ORDER**
                                 )   **RESCHEDULING HEARING ON**
13                               )   **DEFENDANTS' MOTION TO DISMISS**
        Plaintiffs,              )   **PLAINTIFFS' COMPLAINT**
14                               )
   v.                            )
15                               )
   SHERIFF LAURIE SMITH (In her  )
16 individual and official capacity.), )
   COUNTY OF SANTA CLARA, and    )
17 DOES 1 to 20,                 )
                                 )
18      Defendants.              )
                                 )
19 _____ )

20      The parties, through their respective counsel of record, hereby stipulate and agree to

21 reschedule the hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint from August

22 12, 2011 to August 26, 2011, due to a conflict in Defendants' counsel's calendar.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Rescheduling Hearing on
Defendants' Motion to Dismiss Plaintiffs' Complaint         1                    CV11-01318

1   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2   "conformed" signature (/S/) within this efiled document.

3                                           MIGUEL MÁRQUEZ
                                            County Counsel
4

5   Dated: July 28, 2011              By:          /S/
                                            MELISSA R. KINIYALOCTS
6                                           Deputy County Counsel

7                                           Attorneys for Defendants
                                            SHERIFF LAURIE SMITH AND
8                                           COUNTY OF SANTA CLARA

9

10                                          LAW OFFICES OF DONALD KILMER

11

12  Dated: July 28, 2011              By:          /S/
                                            DONALD E.J.  KILMER, JR.
13                                          Deputy County Counsel

14                                          Attorneys for Plaintiffs
                                            TOM SCOCCA, MADISON SOCIETY,
15                                          INC., and THE CALGUNS
                                            FOUNDATION, INC.
16

17

18                                  **ORDER**

19      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is set for hearing on
20  August 26, 2011.

21

22  Dated: _____              _____
                                            JEREMY D. FOGEL
23                                          United States District Court Judge

24

25

26

27

28  445748.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Rescheduling Hearing on
Defendants' Motion to Dismiss Plaintiffs' Complaint     2                    CV11-01318