1   MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
    MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
3   San Jose, California  95110-1770
    Telephone:  (408) 299-5900
4   Facsimile:  (408) 292-7240

5   Attorneys for Defendants
    SHERIFF LAURIE SMITH AND COUNTY
6   OF SANTA CLARA

7

8               UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        (San Jose)

10

11  TOM SCOCCA, MADISON SOCIETY,  )   No.    CV11-01318
    INC., and THE CALGUNS         )
12  FOUNDATION, INC.,             )   **STIPULATION AND ORDER**
                                  )   **RESCHEDULING HEARING ON**
13                                )   **DEFENDANTS' MOTION TO DISMISS**
                                  )   **PLAINTIFFS' COMPLAINT**
          Plaintiffs,            )
14                                )
                                  )
15  v.                            )
                                  )
16  SHERIFF LAURIE SMITH (In her   )
    individual and official capacity.),  )
17  COUNTY OF SANTA CLARA, and    )
    DOES 1 to 20,                 )
18                                )
          Defendants.            )
19  _____)

20          The parties, through their respective counsel of record, hereby stipulate and agree to

21  reschedule the hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint from August

22  12, 2011 to August 26, 2011, due to a conflict in Defendants' counsel's calendar.

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Rescheduling Hearing on
Defendants' Motion to Dismiss Plaintiffs' Complaint          1                    CV11-01318

1      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2   "conformed" signature (/S/) within this efiled document.

3                                MIGUEL MÁRQUEZ

                                   County Counsel

4

5   Dated: July 28, 2011              By:          /S/

                                   MELISSA R. KINIYALOCTS

6                                   Deputy County Counsel

7                                   Attorneys for Defendants

                                   SHERIFF LAURIE SMITH AND

8                                   COUNTY OF SANTA CLARA

9

10                                 LAW OFFICES OF DONALD KILMER

11

12  Dated: July 28, 2011              By:          /S/

                                   DONALD E.J.  KILMER, JR.

13                                   Deputy County Counsel

14                                   Attorneys for Plaintiffs

                                   TOM SCOCCA, MADISON SOCIETY,

15                                   INC., and THE CALGUNS

16                                   FOUNDATION, INC.

17

18                            **ORDER**

19      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is set for hearing on

20  August 26, 2011.

21

22  Dated:  August 5, 2011

23                             JEREMY D. FOGEL

                                   United States District Court Judge

24

25

26

27

28   445748.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Rescheduling Hearing on
Defendants' Motion to Dismiss Plaintiffs' Complaint   2               CV11-01318