\*\*E-Filed 8/22/11\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TOM SCOCCA, et al., | Case Number 5:11-cv-01318-JF (PSG) |
| Plaintiffs, | |
| v. | CLERK'S NOTICE |
| SHERIFF LAURIE SMITH, et al., | |
| Defendants. | |

To all Parties and Attorneys of Record:

The Motion Hearing set for August 26, 2011 is VACATED in light of the impending reassignment of this case to another district judge.

DATED:  8/22/11

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk