**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
www.cand.uscourts.gov

Richard W. Wieking                                                                              General Court Number
Clerk                                                                                                                  408.535.5363

**CASE NUMBER: 5-11-cv-01318-JF**
**CASE TITLE:** TOM SCOCCA, ET AL.-v-SHERIFF LAURIE SMITH, ET AL.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the San Francisco division, to the the Honorable Edward M. Chen for all further proceedings.
Counsel are instructed that all future filings shall bear the initials EMC  immediately after the case number.
ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: September 26, 2011

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                                    Entered in Computer

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA