MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY
OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br>  Defendants. | No.  CV11-01318 EMC <br><br> **DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> Date: December 2, 2011 <br> Time: 1:30 p.m. <br> Dept.: Crtrm 5, 17th Floor <br>     Honorable Edward M. Chen |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **December 2, 2011** at **1:30 p.m.** before the Honorable Edward M. Chen, District Judge of the United States District Court, 450 Golden Gave Avenue, San Francisco, California, Defendants Sheriff Laurie Smith and County of Santa Clara will and hereby do move this Court to dismiss Plaintiffs' complaint. The motion to dismiss is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

//

//

//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Defendants' Notice of Motion and
Motion to Dismiss Plaintiffs' Complaint          1                    CV11-01318 EMC

1   This motion is based on this Notice of Motion and Motion to Dismiss Plaintiffs'
2   Complaint. The motion has been fully briefed.

3   Dated: October 11, 2011                    Respectfully submitted,

4                                              MIGUEL MÁRQUEZ
                                               County Counsel
5

6                                       By:         /S/
                                               MELISSA R. KINIYALOCTS
7                                              Deputy County Counsel

8                                              Attorneys for Defendants
                                               SHERIFF LAURIE SMITH and
9                                              COUNTY OF SANTA CLARA

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Defendants' Notice of Motion and
Motion to Dismiss Plaintiffs' Complaint          2                    CV11-01318 EMC