MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No.   CV11-01318 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

On November 28, 2011, the United States Court of Appeals for the Ninth Circuit granted *en banc* review of *Nordyke v. King*, Case No. 07-15763.  The *Nordyke* case involves Second Amendment issues that may be relevant to issues raised in the pending motion to dismiss in the above-captioned action.  The parties would like additional time to evaluate the issues and make a determination about whether to seek a stay of this matter in light of the pending *en banc* review in *Nordyke*.  Accordingly, the parties stipulate to continue the hearing on the pending motion to dismiss to January 6, 2012, at 1:30 p.m.

/ /

/ /

/ /

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to Continue
Hearing on Defendants' Motion to Dismiss         1                    CV11-01318 EMC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

MIGUEL MÁRQUEZ
County Counsel

Dated: December 1, 2011      By:      /S/
                                  MELISSA R. KINIYALOCTS
                                  Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH AND
COUNTY OF SANTA CLARA


LAW OFFICES OF DONALD KILMER

Dated: December 1, 2011      By:      /S/
                                  DONALD E.J. KILMER, JR., ESQ.

Attorneys for Plaintiffs
TOM SCOCCA, MADISON SOCIETY,
INC., and THE CALGUNS
FOUNDATION, INC.


**ORDER**

Pursuant to the Stipulation of the parties the Motion to Dismiss is hereby continued to January 6, 2012 at 1:30 p.m.


Dated: _____
                                  _____
                                  HONORABLE EDWARD M. CHEN
                                  United Stated District Court Judge

503643.wpd

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to Continue
Hearing on Defendants' Motion to Dismiss      2      CV11-01318 EMC