1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | | |
|---|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., | ) ) ) ) | No. CV11-01318 EMC **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, | ) ) ) ) ) | |
| Defendants. | ) ) | |

On November 28, 2011, the United States Court of Appeals for the Ninth Circuit granted *en banc* review of *Nordyke v. King*, Case No. 07-15763. The *Nordyke* case involves Second Amendment issues that may be relevant to issues raised in the pending motion to dismiss in the above-captioned action. The parties would like additional time to evaluate the issues and make a determination about whether to seek a stay of this matter in light of the pending *en banc* review in *Nordyke*. Accordingly, the parties stipulate to continue the hearing on the pending motion to dismiss to January 6, 2012, at 1:30 p.m.

/ /

/ /

/ /

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to Continue
Hearing on Defendants' Motion to Dismiss    1    CV11-01318 EMC

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

MIGUEL MÁRQUEZ
County Counsel

Dated: December 1, 2011      By:      /S/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH AND
COUNTY OF SANTA CLARA

LAW OFFICES OF DONALD KILMER

Dated: December 1, 2011      By:      /S/
DONALD E.J. KILMER, JR., ESQ.

Attorneys for Plaintiffs
TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.

**ORDER**

Pursuant to the Stipulation of the parties the Motion to Dismiss is hereby continued to January 6, 2012 at 1:30 p.m.

Dated: 12/1/11

IT IS SO ORDERED
Judge Edward M. Chen
_____
D M. CHEN
rt Judge

503643.wpd