MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCOCCA et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF LAURIE SMITH et al., <br><br> Defendants. | No. CV11-01318 EMC <br><br> **STATEMENT OF RECENT DECISION** |

On November 28, 2011, the United States Court of Appeals for the Ninth Circuit voted to rehear en banc *Nordyke v. King*, Case No. 07-15763, Dist. Ct. Case No. CV-99-04389 (MJJ), and ordered that the three-judge panel opinion in that case shall not be cited as precedent by or to any court of the Ninth Circuit. Attached is a copy of the order.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

1

Defendants County of Santa Clara and Sheriff Laurie Smith cited the three-judge panel decision in *Nordyke* in their motion to dismiss, which is set for hearing on January 6, 2012. The motion to dismiss was filed on May 27, 2011, when the opinion was citable.

Dated: December 28, 2011

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By: _____/S/_____
Melissa R. Kiniyalocts
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

513691.DOC

2