**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | January 6, 2012 | **Time:** | 1:46-2:14 |
| | | **Reporter:** | Margo Gurule (415) 504-4204 |

**Case No. and Name:** C11-1318 EMC Scocca et al. v. Smith et al.

**Attorneys:** Don Kilmer for Plaintiffs
Melissa Kiniyalocts for Defendants

**Deputy Clerk:** Betty Lee

**PROCEEDINGS:**

- Defendants' motion to dismiss #9

**SUMMARY:**

Court took matter under submission and will issue order.