MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH AND COUNTY OF
SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No. CV11-01318 EMC<br><br>**NOTICE REGARDING UPDATES TO CALIFORNIA PENAL CODE** |

///

///

///

///

///

///

///

///

///

///

///

During the January 6, 2012 hearing on Defendants' Motion to Dismiss, the parties agreed to file with the Court a conversion chart that explains recent changes to the California Penal Code that impact statutes at issue in the above-captioned action. Attached as Exhibit A is the conversion chart.

MIGUEL MÁRQUEZ
County Counsel

Dated: January 19, 2012

By: _____/S/_____
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH AND
COUNTY OF SANTA CLARA

LAW OFFICES OF DONALD KILMER

Dated: January 19, 2012

By: _____/S/_____
DONALD E.J. KILMER, JR., ESQ.

Attorneys for Plaintiffs
TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.

518848.DOC