1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and COUNTY OF
6  SANTA CLARA

               UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       (San Francisco)

| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., | No. CV11-01318 EMC |
|---|---|
| Plaintiffs, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, | Date:   January 27, 2012<br>Time:   9:00 a.m.<br>Crtrm.:  5, 17th Floor<br>Judge:  Edward M. Chen |
| Defendants. | |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

1  Based on the Court's January 23, 2012 Order to Show Cause, the parties propose that the
2  Case Management Conference scheduled for January 27, 2012, be vacated.

MIGUEL MÁRQUEZ
COUNTY COUNSEL

Dated: January 25, 2012     By:     /S/
                                     MELISSA R. KINIYALOCTS
                                     Deputy County Counsel

                                     Attorneys for Defendants
                                     SHERIFF LAURIE SMITH and
                                     COUNTY OF SANTA CLARA


LAW OFFICES OF DONALD KILMER

Dated: January 25, 2012     By:     /S/
                                     DONALD E.J. KILMER, JR., ESQ.

                                     Attorneys for Plaintiffs

524338.DOC