1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and COUNTY OF
6  SANTA CLARA

7

8                        UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              (San Francisco)

10

11

12  TOM SCOCCA, MADISON SOCIETY, INC.,          No. CV11-01318 EMC
    and THE CALGUNS FOUNDATION, INC.,
13                                              **JOINT CASE MANAGEMENT**
                   Plaintiffs,                  **CONFERENCE STATEMENT**
14                                               ORDER RESETTING CMC
    v.
15                                              Date:     January 27, 2012
    SHERIFF LAURIE SMITH (In her individual     Time:     9:00 a.m.
16  and official capacity.), COUNTY OF SANTA    Crtrm.:   5, 17th Floor
    CLARA, and DOES 1 to 20,                    Judge:    Edward M. Chen
17
                   Defendants.
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1

1      Based on the Court's January 23, 2012 Order to Show Cause, the parties propose that the

2  Case Management Conference scheduled for January 27, 2012, be vacated.

3                                                    MIGUEL MÁRQUEZ
                                                     COUNTY COUNSEL
4

5  Dated:  January 25, 2012                  By:  _____/S/_____
                                                     MELISSA R. KINIYALOCTS
6                                                    Deputy County Counsel

7                                                    Attorneys for Defendants
                                                     SHERIFF LAURIE SMITH and
8                                                    COUNTY OF SANTA CLARA

9

10                                                   LAW OFFICES OF DONALD KILMER

11
   Dated:  January 25, 2012                  By:  _____/S/_____
12                                                   DONALD E.J. KILMER, JR., ESQ.

13                                                   Attorneys for Plaintiffs

14

15      IT IS SO ORDERED that the CMC is reset from 1/27/12 to 2/24/12 at 9:00 a.m.  An updated joint
   CMC statement shall be filed by 2/17/12.
16

17
   _____
18  Edward M. Chen
   U.S. District Judge
19

20

21

22

23

24

25

26

27

28  524338.DOC

                                        2