1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Jason A. Davis [SBN: 224250]
   Davis & Associates
6  27281 Las Ramblas, Suite 200
   Mission Viejo, CA 92691
7  Voice: (949) 310-0817
   Fax:   (949) 288-6894
8  E-Mail: Jason@CalGunLawyers.com

9  Attorneys for Plaintiffs

10

11                    UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
13

14  TOM SCOCCA, MADISON          Case No.:     CV 11 01318 - EMC
    SOCIETY, INC., and THE
15  CALGUNS FOUNDATION, INC.,    **STIPULATION AND ORDER FOR
                                 RELIEF FROM STAY**
16        Plaintiffs,              ORDER RESETTING FURTHER CMC
                                   FROM 8/24/12 to 7/13/12 at 10:30 a.m.
17             vs.

18

19  SHERIFF LAURIE SMITH (In her
    individual and official capacity.),
20  COUNTY OF SANTA CLARA, and
    DOES 1 to 20,
21
          Defendants.
22

23

24        The parties, by and through their counsel of record, hereby stipulate as

25  follows:

26  1.     This Court entered an order on February 14, 2012 staying this action while

27  an en banc panel of the Ninth Circuit considered a case (*Nordyke v. King*,

28  Case No.: 07-15763) with possible ramifications in the instant action.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Relief from Stay                Page 1 of 2                Scocca v. Smith

2.  On June 1, 2012 the Ninth Circuit issued an opinion in *Nordyke v. King*, Case No.: 07-15763.

3.  The parties jointly request that the stay be lifted in this matter and that the Court rule on the County Defendants' pending motion to dismiss without further briefing or oral argument.

4.  Additionally the parties request the resetting of a Joint Case Management Conference so that due dates for discovery, further dispositive motions and/or trial can be set.

Respectfully Submitted on June 6, 2012,


_____/s/_____                    _____/s/_____
Melissa Kiniyalocts,                                Donald Kilmer
Counsel for Defendants                          Counsel for Plaintiffs


**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Melissa Kiniyalocts that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on June 6, 2012.


_____/s/_____
Donald Kilmer  for Plaintiffs


**ORDER**

Upon consideration of the parties stipulation and a review of the record, the stay entered in this action on February 14, 2012 is lifted. The parties are ordered to appear for a Joint Case Management Conference on: _____7/13/12_____ at ___10:30 a.m.___.

A Joint Case Management Conference Statement shall be filed on or before: _____7/6/12_____.

Date:     June 12, 2012

ISW
United

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487