LORI E. PEGG, Acting County Counsel (S.B. #129073)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY OF
SANTA CLARA

DONALD E. J. KILMER, JR. (S.B. #179986)
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile: (408) 264-8487

JASON A. DAVIS (S.B. #224250)
DAVIS & ASSOCIATES
27281 Las Ramblas, Suite 200
Mission Viejo, California 92691
Telephone: (949) 310-0817
Facsimile: (949) 288-6894

Attorneys for Plaintiffs
TOM SCOCCA, MADISON SOCIETY, INC., and
THE CALGUNS FOUNDATION, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| TOM SCOCCA et al.<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.) et al.,<br><br>Defendants. | No.   CV11-01318 EMC<br><br>**STIPULATION AND ORDER AND JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   July 13, 2012<br>Time:   10:30 a.m.<br>Crtrm.: 5, 17th Floor<br>Judge:  Honorable Edward M. Chen |

The parties submit this Joint Case Management Conference Statement for the July 13, 2012 Further Case Management Conference. On June 22, 2012, the Court granted Defendants' motion to dismiss and provided Plaintiffs 30 days leave to amend the complaint. Plaintiffs request an

additional 14 days, or until August 6, 2012, to file an amended complaint. Defendants have no objection to this request. The parties further agree that it would be appropriate to continue the case management conference until after the case is at issue.

LORI E. PEGG<br>
ACTING COUNTY COUNSEL

Dated: July 6, 2012   By:     /S/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

LAW OFFICES OF DONALD KILMER

Dated: July 6, 2012   By:     /S/
DONALD E. J. KILMER, JR.

Attorneys for Plaintiffs
TOM SCOCCA, MADISON SOCIETY, INC.,
and THE CALGUNS FOUNDATION, INC.

**ORDER**

IT IS SO ORDERED that Plaintiffs have until Aug 6, 2012 to file their Amended Complaint and all further CMCs are stayed until the case is at issue.

EDWARD M. CHEN
United States District Court Judge

605843.DOC