1 | LORI E. PEGG, Acting County Counsel (S.B. #129073)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
3 | San Jose, California 95110-1770
Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY OF
6 | SANTA CLARA

7 | DONALD E. J. KILMER, JR. (S.B. #179986)
LAW OFFICES OF DONALD KILMER
8 | 1645 Willow Street, Suite 150
San Jose, California 95125
9 | Telephone: (408) 264-8489
Facsimile: (408) 264-8487

10

JASON A. DAVIS (S.B. #224250)
11 | DAVIS & ASSOCIATES
27281 Las Ramblas, Suite 200
12 | Mission Viejo, California 92691
Telephone: (949) 310-0817
13 | Facsimile: (949) 288-6894

14 | Attorneys for Plaintiffs
TOM SCOCCA, MADISON SOCIETY, INC., and
15 | THE CALGUNS FOUNDATION, INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (San Francisco)

| TOM SCOCCA et al. | No. CV11-01318 EMC |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER AND JOINT CASE MANAGEMENT STATEMENT** |
| v. | ORDER RESETTING FURTHER CMC |
| SHERIFF LAURIE SMITH (In her individual and official capacity.) et al., | Date: July 13, 2012<br>Time: 10:30 a.m.<br>Crtrm.: 5, 17th Floor<br>Judge: Honorable Edward M. Chen |
| Defendants. | |

The parties submit this Joint Case Management Conference Statement for the July 13, 2012 Further Case Management Conference. On June 22, 2012, the Court granted Defendants' motion to dismiss and provided Plaintiffs 30 days leave to amend the complaint. Plaintiffs request an

1

Stipulation and Order and Joint Case Management Statement      CV11-01318 EMC

1  additional 14 days, or until August 6, 2012, to file an amended complaint. Defendants have no
2  objection to this request. The parties further agree that it would be appropriate to continue the case
3  management conference until after the case is at issue.

                        LORI E. PEGG
                        ACTING COUNTY COUNSEL

Dated: July 6, 2012         By:       /S/
                                       MELISSA R. KINIYALOCTS
                                       Deputy County Counsel

                                       Attorneys for Defendants
                                       SHERIFF LAURIE SMITH and
                                       COUNTY OF SANTA CLARA

                                       LAW OFFICES OF DONALD KILMER

Dated: July 6, 2012         By:       /S/
                                         DONALD E. J. KILMER, JR.

                                       Attorneys for Plaintiffs
                                       TOM SCOCCA, MADISON SOCIETY, INC.,
                                       and THE CALGUNS FOUNDATION, INC.

## ORDER

IT IS SO ORDERED that Plaintiffs have until Aug 6, 2012 to file their Amended Complaint ~~and all further CMCs are stayed until the case is at issue.~~ The 7/13/12 further cmc is reset to 11/15/12 at 10:30 a.m. An updated joint CMC statement shall be filed by 11/6/12.

                                       EDWARD M. CHEN
                                       United States District Court Judge

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen (seal)*

605843.DOC