1  LORI E. PEGG, Acting County Counsel (S.B. #129073)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and COUNTY OF
6  SANTA CLARA

7  DONALD E.J. KILMER, JR. (S.B. #179986)
   LAW OFFICES OF DONALD KILMER
8  1645 Willow Street, Suite 150
   San Jose, California 95125
9  Telephone: (408) 264-8489
   Facsimile: (408) 264-8487
10
   JASON A. DAVIS (S.B. #224250)
11 DAVIS & ASSOCIATES
   30021 Tomas Street, Suite 300
12 Rancho Santa Margarita, California 92688
   Telephone: (949) 310-0817
13 Facsimile: (949) 288-6894

14 Attorneys for Plaintiffs

15
                    UNITED STATES DISTRICT COURT
16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 TOM SCOCCA, MADISON SOCIETY, INC.,          No.    CV11-01318 EMC
   and THE CALGUNS FOUNDATION, INC.,
19                                              **STIPULATION AND [PROPOSED] ORDER
              Plaintiffs,                       EXTENDING DEFENDANTS' DEADLINE
20                                              TO RESPOND TO PLAINTIFFS' FIRST
   v.                                           AMENDED COMPLAINT**
21
   SHERIFF LAURIE SMITH (In her individual
22 and official capacity.), COUNTY OF SANTA
   CLARA, and DOES 1 to 20,
23
              Defendants.
24

25      On August 6, 2012, Plaintiffs filed a First Amended Complaint pursuant to the Court's Order

26 Granting Defendants' Motion to Dismiss (Dkt. #40). The parties stipulate to extend the deadline for

27 Defendants to respond to the First Amended Complaint to September 17, 2012.

28 / /

                                              1
Stipulation and [Proposed] Order                                           CV11-01318 EMC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                      LORI E. PEGG
                                      ACTING COUNTY COUNSEL

Dated: August 10, 2012        By: _____/S/_____
                                      MELISSA R. KINIYALOCTS
                                      Deputy County Counsel

                                      Attorneys for Defendants


                                      LAW OFFICES OF DONALD KILMER

Dated: August 10, 2012        By: _____/S/_____
                                      DONALD E. J. KILMER

                                      Attorneys for Plaintiffs

**ORDER**

Defendants shall file a response to the First Amended Complaint by September 17, 2012.

IT IS SO ORDERED.

Dated: _____                            _____
                                      EDWARD M. CHEN
                                      United States District Court Judge

622016.DOC