1 | LORI E. PEGG, Acting County Counsel (S.B. #129073)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
3 | San Jose, California 95110-1770
Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY OF
6 | SANTA CLARA

7 | DONALD E.J. KILMER, JR. (S.B. #179986)
LAW OFFICES OF DONALD KILMER
8 | 1645 Willow Street, Suite 150
San Jose, California 95125
9 | Telephone: (408) 264-8489
Facsimile: (408) 264-8487
10
JASON A. DAVIS (S.B. #224250)
11 | DAVIS & ASSOCIATES
30021 Tomas Street, Suite 300
12 | Rancho Santa Margarita, California 92688
Telephone: (949) 310-0817
13 | Facsimile: (949) 288-6894

14 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., | No. CV11-01318 EMC |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, | |
| Defendants. | |

On August 6, 2012, Plaintiffs filed a First Amended Complaint pursuant to the Court's Order Granting Defendants' Motion to Dismiss (Dkt. #40). The parties stipulate to extend the deadline for Defendants to respond to the First Amended Complaint to September 17, 2012.

/ /

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                      LORI E. PEGG
                                      ACTING COUNTY COUNSEL

Dated: August 10, 2012        By:     /S/
                                           MELISSA R. KINIYALOCTS
                                           Deputy County Counsel

                                           Attorneys for Defendants


                                         LAW OFFICES OF DONALD KILMER

Dated: August 10, 2012        By:     /S/
                                           DONALD E. J. KILMER

                                           Attorneys for Plaintiffs

**ORDER**

Defendants shall file a response to the First Amended Complaint by September 17, 2012.

IT IS SO ORDERED.

Dated: August 16, 2012

                                         EDWARD M. CHEN
                                         United States District Judge

622016.DOC