1 | Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
2 | 1645 Willow Street, Suite 150
San Jose, California 95125
3 | Voice: (408) 264-8489
Fax:   (408) 264-8487
4 | E-Mail: Don@DKLawOffice.com

5 | Jason A. Davis [SBN: 224250]
Davis & Associates
6 | 27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
7 | Voice: (949) 310-0817
Fax:   (949) 288-6894
8 | E-Mail: Jason@CalGunLawyers.com

9 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | Case No.:   CV 11 01318 - JF <br><br> **STIPULATION OF THE PARTIES RE: LAW/MOTION DUE DATES** <br><br> **Current Hearing:** Nov. 15, 2012 <br> **Current Time:** 2:30 p.m. <br> **Courtroom:** 5, 17th Floor <br><br> **Current Schedule:** <br> Motion Filed:    9/12/2012 <br> Response Due:  10/1/2012 <br> Reply Due:       10/9/2012 <br><br> **Proposed Schedule:** <br> Response Due:  10/15/2012 <br> Reply Due:       10/22/2012 |

The parties, by and through counsel, stipulation as follows:

1. Defendants' Counsel cleared the dates for the hearing with Plaintiffs' Counsel.

2. At that time, Plaintiffs' Counsel informed Defendants that due to present work load and pre-paid out of town commitments, it might be necessary to adjust the briefing schedule for their FRCP 12 motions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Law/Motion Due Dates        Page 1 of 2                    Scocca v. Smith

3. The hearing is current set for November 15, 2012.

4. The current schedule (pursuant to local rules) requires the Plaintiffs to file a response by October 1, 2012, the Defendants reply due October 9, 2012.

5. The parties propose and stipulated to resetting the due dates to: Plaintiffs to file a response by October 15, 2012, with Defendants reply due October 22, 2012.

**SO STIPULATED.**

Date: September 25, 2012                      Date: September 25, 2012

/s/                                             /s/
Melissa Kiniyalocts,                      Donald Kilmer
Counsel for Defendants                 Counsel for Plaintiffs

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Melissa Kiniyalocts that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on September 25, 2012.

/s/
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiffs

<u>**SO ORDERED**</u>

Plaintiffs to file a response by October 15, 2012, with Defendants reply due October 22, 2012. Hearing to remain set as calendared on November 15, 2012.

Date:

United States District Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Law/Motion Due Dates      Page 2 of 2      Scocca v. Smith