Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:    (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:    (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | Case No.:   CV 11 01318 - ~~JF~~ EMC<br><br>**STIPULATION OF THE PARTIES RE: LAW/MOTION DUE DATES**<br><br>**Current Hearing:** Nov. 15, 2012<br>**Current Time:** 2:30 p.m.<br>**Courtroom:** 5, 17th Floor<br><br>**Current Schedule:**<br>Motion Filed:    9/12/2012<br>Response Due:  10/1/2012<br>Reply Due:       10/9/2012<br><br>**Proposed Schedule:**<br>Response Due:  10/15/2012<br>Reply Due:       10/22/2012 |

The parties, by and through counsel, stipulation as follows:

1. Defendants' Counsel cleared the dates for the hearing with Plaintiffs' Counsel.

2. At that time, Plaintiffs' Counsel informed Defendants that due to present work load and pre-paid out of town commitments, it might be necessary to adjust the briefing schedule for their FRCP 12 motions.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Law/Motion Due Dates          Page 1 of  2          Scocca v. Smith

3. The hearing is current set for November 15, 2012.

4. The current schedule (pursuant to local rules) requires the Plaintiffs to file a response by October 1, 2012, the Defendants reply due October 9, 2012.

5. The parties propose and stipulated to resetting the due dates to: Plaintiffs to file a response by October 15, 2012, with Defendants reply due October 22, 2012.

**SO STIPULATED.**

Date: September 25, 2012                                    Date: September 25, 2012

_____/s/_____                                    _____/s/_____
Melissa Kiniyalocts,                                        Donald Kilmer
Counsel for Defendants                                      Counsel for Plaintiffs

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Melissa Kiniyalocts that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in San Jose, CA on September 25, 2012.

_____/s/_____
Donald Kilmer of
Law Offices of Donald Kilmer, APC
for Plaintiffs

## SO ORDERED

Plaintiffs to file a response by October 15, 2012, with Defendants reply due October 22, 2012.   Hearing to remain set as calendared on November 15, 2012.

Date:   September 26, 2012

_____
United States District Judge Edward M. Chen

IT IS SO ORDERED

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Law/Motion Due Dates                Page 2 of 2                         Scocca v. Smith