| | |
|---|---|
| 1 | LORI E. PEGG, Acting County Counsel (S.B. #129073) |
| | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding Street, East Wing, Ninth Floor |
| 3 | San Jose, California  95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | No.     CV11-01318 EMC <br><br> **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER RESETTING FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Date:     November 15, 2012 <br> Time:    2:30 p.m. <br> Crtrm.:   5, 17th Floor <br> Judge:   Edward M. Chen |

The parties submit this Joint Case Management Statement for the Further Case Management Conference on November 15, 2012.  Defendants' Motion to Dismiss the First Amended Complaint is also set for hearing on November 15, 2012.  The parties agree that it would be appropriate to continue the case management conference until after the case is at issue.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                            LORI E. PEGG
                                            ACTING COUNTY COUNSEL

Dated:  October 30, 2012        By: _____/S/_____
                                                  MELISSA R. KINIYALOCTS
                                                    Deputy County Counsel

                                                    Attorneys for Defendants
                                                    SHERIFF LAURIE SMITH and
                                                    COUNTY OF SANTA CLARA


                                                   LAW OFFICES OF DONALD KILMER

Dated:  October 30, 2012        By: _____/S/_____
                                                   DONALD E.J. KILMER, JR., ESQ.

                                                   Attorneys for Plaintiffs


## ORDER

IT IS SO ORDERED that the Further Case Management Conference is set for January 31, 2012, at 10:30 a.m.

                                                 _____
                                                 EDWARD M. CHEN
                                                 United States District Court Judge

660209.DOC