LORI E. PEGG, Acting County Counsel (S.B. #129073)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | No.  CV11-01318 EMC <br><br> **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER RESETTING FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Date:  November 15, 2012 <br> Time:  2:30 p.m. <br> Crtrm.:  5, 17th Floor <br> Judge:  Edward M. Chen |

The parties submit this Joint Case Management Statement for the Further Case Management Conference on November 15, 2012. Defendants' Motion to Dismiss the First Amended Complaint is also set for hearing on November 15, 2012. The parties agree that it would be appropriate to continue the case management conference until after the case is at issue.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                        LORI E. PEGG
                                        ACTING COUNTY COUNSEL

Dated: October 30, 2012         By: _____/S/_____
                                        MELISSA R. KINIYALOCTS
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        SHERIFF LAURIE SMITH and
                                        COUNTY OF SANTA CLARA

                                        LAW OFFICES OF DONALD KILMER

Dated: October 30, 2012         By: _____/S/_____
                                        DONALD E.J. KILMER, JR., ESQ.

                                        Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED that the Further Case Management Conference is set for January 31, 2012, at 10:30 a.m. [handwritten: 3 / 2013] An updated joint CMC statement shall be filed by January 24, 2013.

_____
EDWARD M. CHEN
United States District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

660209.DOC