**United States District Court**
For the Northern District of California

1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8    TOM SCOCCA, *et al.*,                        No. C-11-1318 EMC
9              Plaintiffs,
                                                  **ORDER RE SUR-REPLY**
10        v.
11   SHERIFF LAURIE SMITH, *et al.*,
12             Defendants.
13   _____/
14
15        In their reply brief, Defendants ask for a stay of the instant action pending a decision by the
16   Ninth Circuit in two other cases, *Peruta* and *Richards*.  The Court hereby orders Plaintiffs to provide
17   a sur-reply limited to this specific request by Defendants.  More specifically, the Court orders
18   Plaintiffs to file a brief as to why the instant action should not be stayed pending a decision by the
19   Ninth Circuit in *Peruta* and *Richards*.  **The brief shall be filed no later than 2:00 p.m. on**
20   **November 14, 2012.**
21
22        IT IS SO ORDERED.
23
24   Dated:  November 13, 2012
25
26                                                _____
                                                  EDWARD M. CHEN
27                                                United States District Judge
28