Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax: (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Voice: (949) 310-0817
Fax: (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | Case No.: CV 11 01318 EMC <br><br> **PLAINTIFFS' SUR-REPLY** <br><br> Date: November 15, 2012 <br> Time: 9:30 a.m. <br> Courtroom: 5, 17th Floor <br> Judge: Hon. Edward M. Chen |

Pursuant to this Court's order filed on November 13, 2012 (Doc #55), Plaintiffs file this Sur-Reply on the issue of whether "*the instant action should not be stayed pending a decision by the Ninth Circuit in Peruta and Richards.*"

The only argument Plaintiffs can make against a stay would be the continuing violation of SCOCCA's constitutional rights, and that a stay of this case will delay the resolution that continuing violation. Analogizing First Amendment claims to Second Amendment claims, Plaintiffs would direct this Court to the

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Sur-Reply                    Page 1 of 2                    Scocca v. Smith

discussion in *Ezell v. City of Chicago*, 651 F.3d 684 (7th Cir. 2011):

> [F]or some kinds of constitutional violations, irreparable harm is presumed. See 11A Charles Alan Wright Et Al., Federal Practice & Procedure § 2948.1 (2d ed. 1995) ("When an alleged deprivation of a constitutional right is involved, most courts hold that no further showing of irreparable injury is necessary."). This is particularly true in First Amendment claims. See, e.g., *Christian Legal Soc'y*, 453 F.3d at 867 ("[V]iolations of First Amendment rights are presumed to constitute irreparable injuries . . . ." (citing *Elrod v. Burns*, 427 U.S. 347, 373, 96 S. Ct. 2673, 49 L. Ed. 2d 547 (1976))). The loss of a First Amendment right is frequently presumed to cause irreparable harm based on "the intangible nature of the benefits flowing from the exercise of those rights; and the fear that, if those rights are not jealously safeguarded, persons will be deterred, even if imperceptibly, from exercising those rights in the future." *Miles Christi Religious Order v. Twp. of Northville*, 629 F.3d 533, 548 (6th Cir. 2010) (internal alteration and quotation marks omitted); see also *KH Outdoor, LLC v. City of Trussville*, 458 F.3d 1261, 1272 (11th Cir. 2006).

*Ezell v. City of Chicago*, *Id.,* at 699

However, without conceding the point that justice delayed is justice denied, Plaintiffs would concede that the Ninth Circuit is likely to take up issues in *Richards* and *Peruta* that will assist this Court and these litigants in adjudicating the claims raised in this case.

RESPECTFULLY SUBMITTED,

Dated: November 13, 2012,

 /s/ Donald Kilmer

Donald Kilmer, Jr. [SBN: 179986]
Law Offices of Donald Kilmer, APC
Attorneys for Plaintiffs

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs' Sur-Reply — Page 2 of 2 — Scocca v. Smith