**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | |
|---|---|
| **Date:** | November 15, 2012   **Time:** 9:40-10:09 |
| | **Court Reporter**: Belle Ball (415) 373-2529 |
| **Case No. and Name:** | C11-1318 EMC Scocca et al. v. Smith, et al. |
| **Attorneys:** | Don Kilmer, Jr. for Plaintiffs |
| | Melissa Kiniyalocts for Defendants |
| **Deputy Clerk:** | Betty Lee |

**PROCEEDINGS:**

- DEFENDANTS' MOTION TO DISMISS #47

**SUMMARY:**

Supplemental briefing due by 1:00 p.m. 11/21/12.  Court will then take matter under submission and to issue order.