1 | Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
2 | 1645 Willow Street, Suite 150
San Jose, California 95125
3 | Voice: (408) 264-8489
Fax: (408) 264-8487
4 | E-Mail: Don@DKLawOffice.com

5 | Jason A. Davis [SBN: 224250]
Davis & Associates
6 | 27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
7 | Voice: (949) 310-0817
Fax: (949) 288-6894
8 | E-Mail: Jason@CalGunLawyers.com

9 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | Case No.: CV 11 01318 - EMC <br><br> **STIPULATION FOR STAY** <br><br> **[Proposed] ORDER FOR STAY** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. This Court entered an order on December 17, 2012 (Doc # 61) granting in part and denying in part the Defendants' Motion to Dismiss.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Stay — Page 1 of 3 — Scocca v. Smith

1  2. The Court gave the Plaintiffs 30 days from the date of the order to file an
2     amended complaint on the remaining equal protection "class of one" claim,
3     and indicated that the Court would defer ruling on that claim until after the
4     Ninth Circuit issued a decision in *Richards v. Prieto (Yolo County)*, Case
5     No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.
6  3. The parties believe that client and judicial resources would best be preserved
7     if the Court stayed this present action until those decisions are published.
8  4. The parties also agree that Plaintiffs' Counsel will bear the burden of filing a
9     notice with this Court within 5 court-days of the Ninth Circuit issuing its
10    decision.
11 5. The parties agree that Plaintiffs would then have 30 calendar days from
12    filing said notice to file their amended complaint on the "class of one" equal
13    protection claim.
14 6. The parties also agree that the Court should reset the Joint Case
15    Management Conference to some date after the notice is filed.
16    Respectfully Submitted on January 7, 2013,

17
18    /s/                                          /s/
      Melissa Kiniyalocts,                        Donald Kilmer
      Counsel for Defendants                      Counsel for Plaintiffs
19
20

21    **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND
      LOCAL RULE VIII.B.**
22
      I, Donald Kilmer, declare under penalty of perjury under the laws of California
23  and the United States that I have in my possession e-mail correspondence from
    Melissa Kiniyalocts that the content of this document is acceptable to all persons
24  required to sign the document. I declare that this document was signed in San
    Jose, CA on January 7, 2013.
25
      /s/
26  Donald Kilmer  for Plaintiffs

27  / / / /

28  / / / /

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Stay          Page 2 of 3          Scocca v. Smith

# ORDER

Upon consideration of the parties stipulation and a review of the record, this action is stayed and all current court dates are vacated. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

~~The Plaintiffs shall also submit a proposed order resetting the Case Management Conference on the Court's calendar along with the notice required above~~. The Further CMC is reset from 1/31/13 to 4/25/13 at 10:30 a.m. Parties may submit a stipulation to continue this if necessary.

Upon filing of said notice, Plaintiffs have leave to amend their class-of-one equal protection claim within 30 calendar days.

Date:  1/14/13



EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487