ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY OF
SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | No.  CV11-01318 EMC <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date: April 25, 2013 <br> Time: 10:30 a.m. <br> Crtrm.: 5, 17th Floor <br> Judge: Edward M. Chen |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules *on Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971. The Court also continued a case management conference in this case to April 25, 2013, and indicated that the parties may submit a stipulation to continue the conference if necessary.

2. *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

/ /

/ /

/ /

/ /

3. The parties agree that the April 25, 2013 case management conference should be continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ORRY P. KORB
COUNTY COUNSEL

Dated: April 16, 2013        By: _____/S/_____
                                  MELISSA R. KINIYALOCTS
                                  Deputy County Counsel

                                  Attorneys for Defendants
                                  SHERIFF LAURIE SMITH and
                                  COUNTY OF SANTA CLARA


                                  LAW OFFICES OF DONALD KILMER

Dated: April 17, 2013        By: _____/S/_____
                                  DONALD E.J. KILMER, JR., ESQ.

                                  Attorneys for Plaintiffs


**ORDER**

The April 25, 2013 Case Management Conference is continued to _____, 2013. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

                                  _____
                                  EDWARD M. CHEN
                                  United States District Court Judge

740720.DOC