ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY OF
SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No.   CV11-01318 EMC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:   April 25, 2013<br>Time:   10:30 a.m.<br>Crtrm.: 5, 17th Floor<br>Judge:  Edward M. Chen |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules *on Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971. The Court also continued a case management conference in this case to April 25, 2013, and indicated that the parties may submit a stipulation to continue the conference if necessary.

2. *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

/ /

/ /

/ /

/ /

---

1

3. The parties agree that the April 25, 2013 case management conference should be continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                        ORRY P. KORB
                                        COUNTY COUNSEL

Dated: April 16, 2013          By: _____/S/_____
                                        MELISSA R. KINIYALOCTS
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        SHERIFF LAURIE SMITH and
                                        COUNTY OF SANTA CLARA


                                        LAW OFFICES OF DONALD KILMER

Dated: April 17, 2013          By: _____/S/_____
                                        DONALD E.J. KILMER, JR., ESQ.

                                        Attorneys for Plaintiffs


**ORDER**

The April 25, 2013 Case Management Conference is continued to ___8/29/13 at 10:30 a.m.___, 2013. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

                                        _____
                                        EDWARD M. CHEN
                                        United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]*

740720.DOC