1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and COUNTY OF
6  SANTA CLARA

7

8                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            (San Francisco)

10

11 | TOM SCOCCA, MADISON SOCIETY, INC., | No.      CV11-01318 EMC
   | and THE CALGUNS FOUNDATION, INC.,  |
12 |                                    | **STIPULATION AND ORDER**
   |         Plaintiffs,                | **CONTINUING CASE MANAGEMENT**
13 |                                    | **CONFERENCE**
   | v.                                 |
14 |                                    |
   | SHERIFF LAURIE SMITH (In her individual | Date:    August 29, 2013
15 | and official capacity.), COUNTY OF SANTA | Time:    10:30 a.m.
   | CLARA, and DOES 1 to 20,           | Crtrm.:  5, 17th Floor
16 |                                    | Judge:   Edward M. Chen
   |         Defendants.                |
17

18       The parties, by and through their counsel of record, hereby stipulate as follows:

19       1.     On January 14, 2013, the Court issued an order staying this case until the Ninth

20 Circuit rules *on Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San

21 Diego*, Case No.: 10-56971.  The Court also continued a case management conference in this case to

22 August 29, 2013, and indicated that the parties may submit a stipulation to continue the conference if

23 necessary.

24       2.     *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

25 / /

26 / /

27 / /

28 / /

                                                    1
Stipulation and Order Continuing Case Management Conference                         CV11-01318 EMC

3. The parties agree that the August 29, 2013 case management conference should be continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                      ORRY P. KORB
                                      COUNTY COUNSEL

Dated: August 22, 2013            By: _____/S/_____
                                      MELISSA R. KINIYALOCTS
                                      Deputy County Counsel

                                      Attorneys for Defendants
                                      SHERIFF LAURIE SMITH and
                                      COUNTY OF SANTA CLARA


                                      LAW OFFICES OF DONALD KILMER

Dated: August 22, 2013            By: _____/S/_____
                                      DONALD E.J. KILMER, JR., ESQ.

                                      Attorneys for Plaintiffs


**ORDER**

The August 29, 2013 Case Management Conference is continued to _____, 2013. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

                                      _____
                                      EDWARD M. CHEN
                                      United States District Court Judge

809462