1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and COUNTY OF
6  SANTA CLARA

7

8                   UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          (San Francisco)

10

11 TOM SCOCCA, MADISON SOCIETY, INC.,        No.     CV11-01318 EMC
   and THE CALGUNS FOUNDATION, INC.,
12                                            **STIPULATION AND ORDER**
                 Plaintiffs,                  **CONTINUING CASE MANAGEMENT**
13                                            **CONFERENCE**
   v.
14
   SHERIFF LAURIE SMITH (In her individual   Date:      August 29, 2013
15 and official capacity.), COUNTY OF SANTA   Time:      10:30 a.m.
   CLARA, and DOES 1 to 20,                   Crtrm.:    5, 17th Floor
16                                            Judge:     Edward M. Chen
                 Defendants.
17

18        The parties, by and through their counsel of record, hereby stipulate as follows:

19        1.      On January 14, 2013, the Court issued an order staying this case until the Ninth

20 Circuit rules *on Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San*

21 *Diego*, Case No.: 10-56971.  The Court also continued a case management conference in this case to

22 August 29, 2013, and indicated that the parties may submit a stipulation to continue the conference if

23 necessary.

24        2.      *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

25 / /

26 / /

27 / /

28 / /

                                              1

1    3.    The parties agree that the August 29, 2013 case management conference should be

2 continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

3    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

4 "conformed" signature (/S/) within this efiled document.

5                                          ORRY P. KORB
                                           COUNTY COUNSEL
6

7 Dated:  August 22, 2013          By: _____/S/_____

8                                          MELISSA R. KINIYALOCTS
                                           Deputy County Counsel

9                                          Attorneys for Defendants
                                           SHERIFF LAURIE SMITH and
10                                         COUNTY OF SANTA CLARA

11

12                                         LAW OFFICES OF DONALD KILMER

13

14 Dated:  August 22, 2013          By:_____/S/_____

15                                         DONALD E.J. KILMER, JR., ESQ.

16                                         Attorneys for Plaintiffs

17

18                                  **ORDER**

19

20    The August 29, 2013 Case Management Conference is continued to _____December 5_____,

21 2013.  Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit

22 issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v.County*

23 *of San Diego*, Case No.: 10-56971.

24                                  _____

25                                  EDWARD M. CHEN
                                    United States District Judge
26

27

28

809462

                                  2