ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and COUNTY OF
SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No.   CV11-01318 EMC<br><br>**STIPULATION AND ORDER CONTINUING DECEMBER 5, 2013 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules *on Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971. The Court also continued a case management conference in this case to August 29, 2013, and indicated that the parties may submit a stipulation to continue the conference if necessary.

2. *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

//
//
//
//

1

3. The parties agree that the December 5, 2013 case management conference should be continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                              ORRY P. KORB
                                              COUNTY COUNSEL

Dated: Nobember 20, 2013        By: _____/S/_____
                                              MELISSA R. KINIYALOCTS
                                              Deputy County Counsel

                                              Attorneys for Defendants
                                              SHERIFF LAURIE SMITH and
                                              COUNTY OF SANTA CLARA


                                              LAW OFFICES OF DONALD KILMER

Dated: Nobember 20, 2013        By: _____/S/_____
                                              DONALD E.J. KILMER, JR., ESQ.

                                              Attorneys for Plaintiffs

## **ORDER**

The December 5, 2013 Case Management Conference is continued to _____, 2014. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

                                              _____
                                              EDWARD M. CHEN
                                              United States District Court Judge

851860.DOC