| | |
|---|---|
| 1 | ORRY P. KORB, County Counsel (S.B. #114399)<br>MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
| 2 | OFFICE OF THE COUNTY COUNSEL<br>70 West Hedding Street, East Wing, Ninth Floor |
| 3 | San Jose, California  95110-1770<br>Telephone: (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Defendants |
| 6 | SHERIFF LAURIE SMITH and COUNTY OF<br>SANTA CLARA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No.   CV11-01318 EMC<br><br>**STIPULATION AND ORDER CONTINUING DECEMBER 5, 2013 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules *on Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.  The Court also continued a case management conference in this case to August 29, 2013, and indicated that the parties may submit a stipulation to continue the conference if necessary.

2. *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

/ /

/ /

/ /

/ /

1

3. The parties agree that the December 5, 2013 case management conference should be continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

|  |  |
|---|---|
|  | ORRY P. KORB<br>COUNTY COUNSEL |
| Dated: Nobember 20, 2013 | By: _____/S/_____<br>MELISSA R. KINIYALOCTS<br>Deputy County Counsel |
|  | Attorneys for Defendants<br>SHERIFF LAURIE SMITH and<br>COUNTY OF SANTA CLARA |
|  | LAW OFFICES OF DONALD KILMER |
| Dated: Nobember 20, 2013 | By: _____/S/_____<br>DONALD E.J. KILMER, JR., ESQ.<br>Attorneys for Plaintiffs |

## ORDER

The December 5, 2013 Case Management Conference is continued to _____2/6_____, 2014. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

_____
EDWARD M. CHEN
United States District Court Judge

**GRANTED**
Judge Edward M. Chen

851860.DOC