ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | No. CV11-01318 EMC <br><br> **STIPULATION AND ORDER CONTINUING FEBRUARY 4, 2014 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules on *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971. The Court previously continued case management conferences in this action on the grounds that *Richards* and *Peruta* were still pending.

2. *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

//
//
//
//
//

1

3. The parties agree that the February 4, 2014 case management conference should be continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                          ORRY P. KORB
                          COUNTY COUNSEL

Dated: January 28, 2014        By:        /S/
                                       MELISSA R. KINIYALOCTS
                                       Deputy County Counsel

                                       Attorneys for Defendants
                                       SHERIFF LAURIE SMITH and
                                       COUNTY OF SANTA CLARA


                                       LAW OFFICES OF DONALD KILMER

Dated: January 28, 2014       By:        /S/
                                       DONALD E.J. KILMER, JR., ESQ.

                                       Attorneys for Plaintiffs

## **ORDER**

The February 4, 2014 Case Management Conference is continued to _____, 2014. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

                                       EDWARD M. CHEN
                                       United States District Court Judge

878413.DOC