1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No.   CV11-01318 EMC<br><br>**STIPULATION AND ORDER CONTINUING FEBRUARY 4, 2014 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules on *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.  The Court previously continued case management conferences in this action on the grounds that *Richards* and *Peruta* were still pending.

2. *Richards* and *Peruta* have been argued and submitted but have not yet been decided.

/ /
/ /
/ /
/ /
/ /

3. The parties agree that the February 4, 2014 case management conference should be continued in light of the fact that *Richards* and *Prieto* have not yet been decided.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

```
                                        ORRY P. KORB
                                        COUNTY COUNSEL
```

Dated: January 28, 2014         By:      /S/
                                        MELISSA R. KINIYALOCTS
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        SHERIFF LAURIE SMITH and
                                        COUNTY OF SANTA CLARA


                                        LAW OFFICES OF DONALD KILMER

Dated: January 28, 2014         By:      /S/
                                        DONALD E.J. KILMER, JR., ESQ.

                                        Attorneys for Plaintiffs


## ORDER

The February 4, 2014 Case Management Conference is continued to  June 12 , 2014. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its disposition in *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971. An updated joint CMC statement shall be filed 7 days before the CMC.

```
                                        _____
                                        EDWARD M. CHEN
                                        United States District Court Judge
```

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

878413.DOC