ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No. CV11-01318 EMC<br><br>**STIPULATION AND ORDER CONTINUING APRIL 15, 2014 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

On March 13, 2014, the Court issued an order advancing the Case Management Conference in this case to April 15, 2014, at 10:30 a.m. Counsel for the County of Santa Clara and Sheriff Laurie Smith will be on vacation and out of the country on that date. The parties stipulate to continue the Case Management Conference to May 15, 2014, at 9:00 a.m. The parties agree to file a Joint Case Management Statement by May 8, 2014.

/ /

/ /

/ /

/ /

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ORRY P. KORB
COUNTY COUNSEL

Dated: March 13, 2014          By: _____/S/_____
                                    MELISSA R. KINIYALOCTS
                                    Deputy County Counsel

                                    Attorneys for Defendants
                                    SHERIFF LAURIE SMITH and
                                    COUNTY OF SANTA CLARA


LAW OFFICES OF DONALD KILMER

Dated: March 13, 2014          By: _____
                                    DONALD E.J. KILMER, JR., ESQ.

                                    Attorneys for Plaintiffs


# ORDER

The Court finds good cause to reschedule the Case Management Conference to May 15, 2014, at 9:00 a.m. The parties must file a Joint Case Management Statement by May 8, 2014.

                                    _____
                                    EDWARD M. CHEN
                                    United States District Court Judge

902322.DOC