1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          (San Francisco)

10

11  TOM SCOCCA, MADISON SOCIETY, INC.,        No.      CV11-01318 EMC
    and THE CALGUNS FOUNDATION, INC.,
12                                            **STIPULATION AND ORDER**
                Plaintiffs,                   **CONTINUING APRIL 15, 2014 CASE**
13                                            **MANAGEMENT CONFERENCE**
    v.
14
    SHERIFF LAURIE SMITH (In her individual
15  and official capacity.), COUNTY OF SANTA
    CLARA, and DOES 1 to 20,
16
                Defendants.
17

18

19        The parties, by and through their counsel of record, hereby stipulate as follows:

20        On March 13, 2014, the Court issued an order advancing the Case Management Conference

21  in this case to April 15, 2014, at 10:30 a.m.  Counsel for the County of Santa Clara and Sheriff

22  Laurie Smith will be on vacation and out of the country on that date.  The parties stipulate to

23  continue the Case Management Conference to May 15, 2014, at 9:00 a.m.  The parties agree to file a

24  Joint Case Management Statement by May 8, 2014.

25  / /

26  / /

27  / /

28  / /

                                            1

1      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/S/) within this efiled document.

3                                          ORRY P. KORB
                                          COUNTY COUNSEL

5   Dated:  March 13, 2014                    By: _____/S/_____
                                          MELISSA R. KINIYALOCTS

6                                          Deputy County Counsel

7                                          Attorneys for Defendants
                                          SHERIFF LAURIE SMITH and

8                                          COUNTY OF SANTA CLARA

10                                        LAW OFFICES OF DONALD KILMER

12  Dated:  March 13, 2014                    By: _____
                                          DONALD E.J. KILMER, JR., ESQ.

14                                        Attorneys for Plaintiffs

### ORDER

19      The Court finds good cause to reschedule the Case Management Conference to May 15,

20  2014, at 9:00 a.m.  The parties must file a Joint Case Management Statement by May 8, 2014.

_____
EDWARD M. CHEN
United States District Court Judge

APPROVED
Judge Edward M. Chen

902322.DOC

2