1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            (San Francisco)

10

11 TOM SCOCCA, MADISON SOCIETY, INC.,            No.     CV11-01318 EMC
   and THE CALGUNS FOUNDATION, INC.,
12                                               **STIPULATION AND ORDER
            Plaintiffs,                          CONTINUING MAY 15, 2014 CASE
13                                               MANAGEMENT CONFERENCE**
   v.
14
   SHERIFF LAURIE SMITH (In her individual
15 and official capacity.), COUNTY OF SANTA
   CLARA, and DOES 1 to 20,
16
            Defendants.
17

18         The parties, by and through their counsel of record, hereby stipulate as follows:

19         1.      On January 14, 2013, the Court issued an order staying this case until the Ninth

20 Circuit rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo*

21 *County)*, Case No.: 11-16255.  The Court previously continued case management conferences in this

22 action on the grounds that *Richards* and *Peruta* were still pending.

23         2.      The Ninth Circuit has issued rulings in *Peruta* and *Richards*.  In both cases,

24 however, there are pending requests for *en banc* review and a pending request for intervention by the

25 California Attorney General in *Peruta*.  And on May 1, 2014, the Ninth Circuit issued an order in

26 *Richards* that deferred ruling on the petition for rehearing *en banc* pending the Court's resolution of

27 pending post-opinion matters in *Peruta*.

28 / /
1

3. The parties agree that the May 15, 2014 case management conference should be continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

```
                                        ORRY P. KORB
                                        COUNTY COUNSEL
```

Dated: May 5, 2014                By: _____/S/_____
                                        MELISSA R. KINIYALOCTS
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        SHERIFF LAURIE SMITH and
                                        COUNTY OF SANTA CLARA



                                        LAW OFFICES OF DONALD KILMER

Dated: May 5, 2014                By: _____/S/_____
                                        DONALD E.J. KILMER, JR., ESQ.

                                        Attorneys for Plaintiffs

## ORDER

The May 15, 2014 Case Management Conference is continued to _____, 2014. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v.County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

                                        _____
                                        EDWARD M. CHEN
                                        United States District Court Judge

926746.DOC