1 | ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
3 | San Jose, California 95110-1770
Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
SHERIFF LAURIE SMITH and
6 | COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., | No.   CV11-01318 EMC |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING MAY 15, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | |
| SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, | |
| Defendants. | |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255. The Court previously continued case management conferences in this action on the grounds that *Richards* and *Peruta* were still pending.

2. The Ninth Circuit has issued rulings in *Peruta* and *Richards*. In both cases, however, there are pending requests for *en banc* review and a pending request for intervention by the California Attorney General in *Peruta*. And on May 1, 2014, the Ninth Circuit issued an order in *Richards* that deferred ruling on the petition for rehearing *en banc* pending the Court's resolution of pending post-opinion matters in *Peruta*.

/ /

3. The parties agree that the May 15, 2014 case management conference should be continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ORRY P. KORB
COUNTY COUNSEL

Dated: May 5, 2014          By:          /S/
                                MELISSA R. KINIYALOCTS
                                Deputy County Counsel

                                Attorneys for Defendants
                                SHERIFF LAURIE SMITH and
                                COUNTY OF SANTA CLARA


                                LAW OFFICES OF DONALD KILMER

Dated: May 5, 2014          By:          /S/
                                DONALD E.J. KILMER, JR., ESQ.

                                Attorneys for Plaintiffs


## ORDER

The May 15, 2014 Case Management Conference is continued to September 4 at 9:30 a.m. A joint CMC Statement shall be filed by August 28, 2014. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

_____
EDWARD M. CHEN
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

926746.DOC