ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No. CV11-01318 EMC<br><br>**STIPULATION AND ORDER CONTINUING NOVEMBER 13, 2014 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255. The Court previously continued case management conferences in this action on the grounds that *Richards* and *Peruta* were still pending.

2. The Ninth Circuit has issued rulings in *Peruta* and *Richards*. In both cases, however, there are pending requests for *en banc* review and a pending request for intervention by the California Attorney General in *Peruta*. And on May 1, 2014, the Ninth Circuit issued an order in *Richards* that deferred ruling on the petition for rehearing *en banc* pending the Court's resolution of pending post-opinion matters in *Peruta*.

/ /

3. The parties agree that the November 13, 2014 Case Management Conference should be continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

|  |  |
|---|---|
|  | ORRY P. KORB<br>COUNTY COUNSEL |
| Dated: November 5, 2014 | By: _____/S/_____<br>MELISSA R. KINIYALOCTS<br>Deputy County Counsel |
|  | Attorneys for Defendants<br>SHERIFF LAURIE SMITH and<br>COUNTY OF SANTA CLARA |
|  | LAW OFFICES OF DONALD KILMER |
| Dated: November 5, 2014 | By: _____/S/_____<br>DONALD E.J. KILMER, JR., ESQ.<br>Attorneys for Plaintiffs |

## ORDER

The November 13, 2014 Case Management Conference is continued to _____. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

_____
EDWARD M. CHEN
United States District Court Judge

1020794

2
Stipulation and Order Continuing Case Management Conference                    CV11-01318 EMC