1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              (San Francisco)

10

11 | TOM SCOCCA, MADISON SOCIETY, INC., | No.   CV11-01318 EMC |
   | and THE CALGUNS FOUNDATION, INC., | |
12 | | **STIPULATION AND ORDER** |
   | Plaintiffs, | **CONTINUING NOVEMBER 13, 2014 CASE** |
13 | | **MANAGEMENT CONFERENCE** |
   | v. | |
14 | | |
   | SHERIFF LAURIE SMITH (In her individual | |
15 | and official capacity.), COUNTY OF SANTA | |
   | CLARA, and DOES 1 to 20, | |
16 | | |
   | Defendants. | |
17

18         The parties, by and through their counsel of record, hereby stipulate as follows:

19         1.    On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20 rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21 Case No.: 11-16255.  The Court previously continued case management conferences in this action

22 on the grounds that *Richards* and *Peruta* were still pending.

23         2.    The Ninth Circuit has issued rulings in *Peruta* and *Richards*.  In both cases, however,

24 there are pending requests for *en banc* review and a pending request for intervention by the

25 California Attorney General in *Peruta*.  And on May 1, 2014, the Ninth Circuit issued an order in

26 *Richards* that deferred ruling on the petition for rehearing *en banc* pending the Court's resolution of

27 pending post-opinion matters in *Peruta*.

28 / /

---

1

Stipulation and Order Continuing Case Management Conference                          CV11-01318 EMC

3. The parties agree that the November 13, 2014 Case Management Conference should be continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

```
                                        ORRY P. KORB
                                        COUNTY COUNSEL

Dated: November 5, 2014         By:         /S/
                                        MELISSA R. KINIYALOCTS
                                        Deputy County Counsel

                                        Attorneys for Defendants
                                        SHERIFF LAURIE SMITH and
                                        COUNTY OF SANTA CLARA



                                        LAW OFFICES OF DONALD KILMER

Dated: November 5, 2014         By:         /S/
                                        DONALD E.J. KILMER, JR., ESQ.

                                        Attorneys for Plaintiffs
```

## ORDER

The November 13, 2014 Case Management Conference is continued to March 26, 2015 at 10:30 a.m. An updated joint CMC Statement due 3/19/15. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1020794

2

Stipulation and Order Continuing Case Management Conference          CV11-01318 EMC