1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                           (San Francisco)

10

| 11 | TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., | No.   CV11-01318 EMC |
|----|---|---|
| 12 |  | **STIPULATION AND ORDER CONTINUING MARCH 26, 2015 CASE MANAGEMENT CONFERENCE** |
| 13 | Plaintiffs, |  |
| 14 | v. |  |
| 15 | SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, |  |
| 16 |  |  |
| 17 | Defendants. |  |

18       The parties, by and through their counsel of record, hereby stipulate as follows:

19       1.    On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20  rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21  Case No.: 11-16255.  The Court previously continued case management conferences in this action

22  on the grounds that *Richards* and *Peruta* were still pending.

23       2.    The Ninth Circuit has issued rulings in *Peruta* and *Richards*.  In both cases, however,

24  there are pending requests for *en banc* review and a pending request for intervention by the

25  California Attorney General in *Peruta*.  And on May 1, 2014, the Ninth Circuit issued an order in

26  *Richards* that deferred ruling on the petition for rehearing *en banc* pending the Court's resolution of

27  pending post-opinion matters in *Peruta*.

28  / /

3. The parties agree that the March 26, 2015 Case Management Conference should be continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ORRY P. KORB<br>
COUNTY COUNSEL

Dated: March 17, 2015     By: _____/S/_____
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA


LAW OFFICES OF DONALD KILMER

Dated: March 17, 2015     By: _____/S/_____
DONALD E.J. KILMER, JR., ESQ.

Attorneys for Plaintiffs

**ORDER**

The March 26, 2015 Case Management Conference is continued to June 18, 2015 at 10:30am ~~.~~ Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

_____
EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1083694