1    ORRY P. KORB, County Counsel (S.B. #114399)
     MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2    OFFICE OF THE COUNTY COUNSEL
     70 West Hedding Street, East Wing, Ninth Floor
3    San Jose, California 95110-1770
     Telephone: (408) 299-5900
4    Facsimile: (408) 292-7240

5    Attorneys for Defendants
     SHERIFF LAURIE SMITH and
6    COUNTY OF SANTA CLARA

7

8                        UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                (San Francisco)

10

11   TOM SCOCCA, MADISON SOCIETY, INC.,        No.      CV11-01318 EMC
     and THE CALGUNS FOUNDATION, INC.,
12                                             **STIPULATION AND ORDER**
                   Plaintiffs,                 **CONTINUING JUNE 18, 2015 CASE**
13                                             **MANAGEMENT CONFERENCE**
     v.
14
     SHERIFF LAURIE SMITH (In her individual
15   and official capacity.), COUNTY OF SANTA
     CLARA, and DOES 1 to 20,
16
                   Defendants.
17

18         The parties, by and through their counsel of record, hereby stipulate as follows:

19         1.    On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20   rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21   Case No.: 11-16255. The Court previously continued case management conferences in this action

22   on the grounds that *Richards* and *Peruta* were still pending.

23         2.    The Ninth Circuit is reviewing *Peruta* and *Richards* en banc, with oral argument

24   scheduled for June 16, 2015.

25         3.    The parties agree that the June 18, 2015 Case Management Conference should be

26   continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27   //

28   //

                                                1

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/S/) within this efiled document.

3                                          ORRY P. KORB
                                           COUNTY COUNSEL
4

5  Dated:  June 3, 2015              By: _____/S/_____

6                                          MELISSA R. KINIYALOCTS
                                           Deputy County Counsel
7                                          Attorneys for Defendants

8                                          SHERIFF LAURIE SMITH and
                                           COUNTY OF SANTA CLARA
9

10                                         LAW OFFICES OF DONALD KILMER

11

12  Dated:  June 3, 2015             By:_____/S/_____

13                                         DONALD E.J. KILMER, JR., ESQ.

14                                         Attorneys for Plaintiffs

15

16                                    **ORDER**

17     The June 18, 2015 Case Management Conference is continued to _____.

18  Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing

19  its final disposition in *Peruta v.County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto*

20  *(Yolo County)*, Case No.: 11-16255.

21                                         _____

22                                         EDWARD M. CHEN
                                           United States District Court Judge
23

24

25

26  1123151

27

28

Stipulation and Order Continuing Case Management Conference                    CV11-01318 EMC