1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                       UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                 (San Francisco)

10

11 | TOM SCOCCA, MADISON SOCIETY, INC., | No.   CV11-01318 EMC |
   | and THE CALGUNS FOUNDATION, INC., | |
12 | | **STIPULATION AND ORDER** |
   | Plaintiffs, | **CONTINUING JUNE 18, 2015 CASE** |
13 | | **MANAGEMENT CONFERENCE** |
   | v. | |
14 | | |
   | SHERIFF LAURIE SMITH (In her individual | |
15 | and official capacity.), COUNTY OF SANTA | |
   | CLARA, and DOES 1 to 20, | |
16 | | |
   | Defendants. | |
17

18     The parties, by and through their counsel of record, hereby stipulate as follows:

19     1.   On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20 rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21 Case No.: 11-16255.  The Court previously continued case management conferences in this action

22 on the grounds that *Richards* and *Peruta* were still pending.

23     2.   The Ninth Circuit is reviewing *Peruta* and *Richards* en banc, with oral argument

24 scheduled for June 16, 2015.

25     3.   The parties agree that the June 18, 2015 Case Management Conference should be

26 continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27 / /

28 / /

                                              1

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/S/) within this efiled document.

3                                              ORRY P. KORB
                                               COUNTY COUNSEL
4

5  Dated: June 3, 2015              By:  _____/S/_____
                                              MELISSA R. KINIYALOCTS
6                                             Deputy County Counsel

7                                              Attorneys for Defendants
                                               SHERIFF LAURIE SMITH and
8                                              COUNTY OF SANTA CLARA

9

10
                                               LAW OFFICES OF DONALD KILMER
11

12  Dated: June 3, 2015             By:  _____/S/_____
                                              DONALD E.J. KILMER, JR., ESQ.
13
                                               Attorneys for Plaintiffs
14

15

16                                    **ORDER**

17     The June 18, 2015 Case Management Conference is continued to __8/6/15 at 10:30 a.m.__.

18  Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing

19  its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto*

20  *(Yolo County)*, Case No.: 11-16255.

21                                        _____
                                          EDWARD M. CHEN
22                                        United States District Court Judge

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

1123151