1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8              UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         (San Francisco)

10

11 TOM SCOCCA, MADISON SOCIETY, INC.,        No.     CV11-01318 EMC
   and THE CALGUNS FOUNDATION, INC.,
12                                           **STIPULATION AND ORDER
                  Plaintiffs,                CONTINUING AUGUST 6, 2015 CASE
13                                           MANAGEMENT CONFERENCE**
   v.
14
   SHERIFF LAURIE SMITH (In her individual
15 and official capacity.), COUNTY OF SANTA
   CLARA, and DOES 1 to 20,
16
                  Defendants.
17

18       The parties, by and through their counsel of record, hereby stipulate as follows:

19       1.   On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20 rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21 Case No.: 11-16255.  The Court previously continued case management conferences in this action

22 on the grounds that *Richards* and *Peruta* were still pending.

23       2.   The Ninth Circuit held oral argument in *Peruta* and *Richards* en banc, on June 16,

24 2015, but has not yet issued a decision.

25       3.   The parties agree that the August 6, 2015 Case Management Conference should be

26 continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27 / /

28 / /

                                              1

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3                                           ORRY P. KORB
                                         COUNTY COUNSEL

5  Dated: August 3, 2015        By: _____/S/_____
                                         MELISSA R. KINIYALOCTS
6                                           Deputy County Counsel

7                                           Attorneys for Defendants
                                         SHERIFF LAURIE SMITH and
8                                           COUNTY OF SANTA CLARA

10                                           LAW OFFICES OF DONALD KILMER

12  Dated: August 3, 2015        By: _____/S/_____
                                         DONALD E.J. KILMER, JR., ESQ.

                                         Attorneys for Plaintiffs

**ORDER**

The August 3, 2015 Case Management Conference is continued to __12/10/15 at 10:30 a.m.__.
Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255. An update joint CMC Statement shall be filed by 12/3/15.

                                         _____
                                         EDWARD M. CHEN
                                         United States District Court Judge

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*

1153536