1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                 UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        (San Francisco)

10

11 | TOM SCOCCA, MADISON SOCIETY, INC., | No.      CV11-01318 EMC
   | and THE CALGUNS FOUNDATION, INC., |
12 |                                    | **STIPULATION AND ORDER**
   |            Plaintiffs,             | **CONTINUING DECEMBER 10, 2015 CASE**
13 |                                    | **MANAGEMENT CONFERENCE**
   | v.                                 |
14 |                                    |
   | SHERIFF LAURIE SMITH (In her individual |
15 | and official capacity.), COUNTY OF SANTA |
   | CLARA, and DOES 1 to 20,           |
16 |                                    |
   |            Defendants.             |
17

18         The parties, by and through their counsel of record, hereby stipulate as follows:

19         1.     On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20  rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21  Case No.: 11-16255.  The Court previously continued case management conferences in this action

22  on the grounds that *Richards* and *Peruta* were still pending.

23         2.     The Ninth Circuit held oral argument in *Peruta* and *Richards* en banc, on June 16,

24  2015, but has not yet issued a decision.

25         3.     The parties agree that the December 10, 2015 Case Management Conference should be

26  continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27  / /

28  / /

Stipulation and Order Continuing Case Management Conference                    CV11-01318 EMC

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/S/) within this efiled document.

3                                                    ORRY P. KORB
                                                     COUNTY COUNSEL
4

5  Dated:  November 30, 2015                 By: _____/S/_____
                                                     MELISSA R. KINIYALOCTS
6                                                    Deputy County Counsel

7                                                    Attorneys for Defendants
                                                     SHERIFF LAURIE SMITH and
8                                                    COUNTY OF SANTA CLARA

9

10                                                   LAW OFFICES OF DONALD KILMER

11

12  Dated:  November 30, 2015                 By: _____/S/_____
                                                     DONALD E.J. KILMER, JR., ESQ.
13
                                                     Attorneys for Plaintiffs
14

15

16                                        **ORDER**

17        The December 10, 2015 Case Management Conference is continued to

18  _____.  Plaintiffs are directed to file notice with this Court within 5 court-days of

19  the Ninth Circuit issuing its final disposition in *Peruta v.County of San Diego*, Case No.: 10-56971

20  and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

21                                                   _____
                                                     EDWARD M. CHEN
22                                                   United States District Court Judge

23

24

25

26

27

28

1222712

Stipulation and Order Continuing Case Management Conference                    CV11-01318 EMC