1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                  UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                           (San Francisco)

10

11 | TOM SCOCCA, MADISON SOCIETY, INC., | No.     CV11-01318 EMC
   | and THE CALGUNS FOUNDATION, INC.,  |
12 |                                    | **STIPULATION AND ORDER
   |         Plaintiffs,                | CONTINUING JANUARY 28, 2016 CASE
13 |                                    | MANAGEMENT CONFERENCE**
   | v.                                 |
14 |                                    |
   | SHERIFF LAURIE SMITH (In her individual |
15 | and official capacity.), COUNTY OF SANTA |
   | CLARA, and DOES 1 to 20,           |
16 |                                    |
   |         Defendants.                |
17

18         The parties, by and through their counsel of record, hereby stipulate as follows:

19         1.      On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20 rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21 Case No.: 11-16255.  The Court previously continued case management conferences in this action

22 on the grounds that *Richards* and *Peruta* were still pending.

23         2.      The Ninth Circuit held oral argument in *Peruta* and *Richards* en banc, on June 16,

24 2015, but has not yet issued a decision.

25         3.      The parties agree that the January 28, 2016 Case Management Conference should be

26 continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27 / /

28 / /

                                                    1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                          ORRY P. KORB
                                          COUNTY COUNSEL

Dated: January 14, 2016        By: _____/S/_____
                                          MELISSA R. KINIYALOCTS
                                          Deputy County Counsel

                                          Attorneys for Defendants
                                          SHERIFF LAURIE SMITH and
                                          COUNTY OF SANTA CLARA


                                          LAW OFFICES OF DONALD KILMER

Dated: January 14, 2016        By: _____/S/_____
                                          DONALD E.J. KILMER, JR., ESQ.

                                          Attorneys for Plaintiffs

## ORDER

The January 28, 2016 Case Management Conference is continued to _____. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

                                          _____
                                          EDWARD M. CHEN
                                          United States District Court Judge