1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    (San Francisco)

10

11 | TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., | No.   CV11-01318 EMC |
12 | | **STIPULATION AND ORDER CONTINUING JANUARY 28, 2016 CASE MANAGEMENT CONFERENCE** |
13 | Plaintiffs, | |
14 | v. | |
15 | SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, | |
16 | | |
17 | Defendants. | |

18       The parties, by and through their counsel of record, hereby stipulate as follows:

19       1.   On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20 rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21 Case No.: 11-16255.  The Court previously continued case management conferences in this action

22 on the grounds that *Richards* and *Peruta* were still pending.

23       2.   The Ninth Circuit held oral argument in *Peruta* and *Richards* en banc, on June 16,

24 2015, but has not yet issued a decision.

25       3.   The parties agree that the January 28, 2016 Case Management Conference should be

26 continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27 / /

28 / /

                                        1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ORRY P. KORB
COUNTY COUNSEL

Dated: January 14, 2016          By: _____/S/_____
                                 MELISSA R. KINIYALOCTS
                                 Deputy County Counsel

                                 Attorneys for Defendants
                                 SHERIFF LAURIE SMITH and
                                 COUNTY OF SANTA CLARA


LAW OFFICES OF DONALD KILMER

Dated: January 14, 2016          By: _____/S/_____
                                 DONALD E.J. KILMER, JR., ESQ.

                                 Attorneys for Plaintiffs

**ORDER**

The January 28, 2016 Case Management Conference is continued to March 3, 2016 at 10:30 am. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255. Updated joint CMC statement due February 25, 2016.

_____
EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1248893

2

Stipulation and Order Continuing                                CV11-01318 EMC
Case Management Conference