ORRY P. KORB, County Counsel (S.B. #114399)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20,<br><br>Defendants. | No.    CV11-01318 EMC<br><br>**STIPULATION AND ORDER CONTINUING MARCH 3, 2016 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1. On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255. The Court previously continued case management conferences in this action on the grounds that *Richards* and *Peruta* were still pending.

2. The Ninth Circuit held oral argument in *Peruta* and *Richards* en banc, on June 16, 2015, but has not yet issued a decision.

3. The parties agree that the March 3, 2016 Case Management Conference should be continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

/ /

/ /

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                              ORRY P. KORB
                                              COUNTY COUNSEL

Dated: February 19, 2016        By:            /S/
                                            MELISSA R. KINIYALOCTS
                                            Deputy County Counsel

                                            Attorneys for Defendants
                                            SHERIFF LAURIE SMITH and
                                            COUNTY OF SANTA CLARA


                                            LAW OFFICES OF DONALD KILMER

Dated: February 19, 2016        By:            /S/
                                            DONALD E.J. KILMER, JR.

                                            Attorneys for Plaintiffs

## ORDER

The March 3, 2016 Case Management Conference is continued to  4/21/2016 @ 10:30 a.m.  . Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

                                            EDWARD M. CHEN
                                            United States District Court Judge

1268689