1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                      UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                             (San Francisco)

10

11 | TOM SCOCCA, MADISON SOCIETY, INC., | No.    CV11-01318 EMC
      and THE CALGUNS FOUNDATION, INC.,
12 |                                    | **STIPULATION AND ORDER
            Plaintiffs,                   CONTINUING APRIL 21, 2016 CASE
13 |                                    | MANAGEMENT CONFERENCE**
      v.
14
   SHERIFF LAURIE SMITH (In her individual
15 and official capacity.), COUNTY OF SANTA
   CLARA, and DOES 1 to 20,
16
            Defendants.
17

18      The parties, by and through their counsel of record, hereby stipulate as follows:

19      1.   On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20 rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21 Case No.: 11-16255.  The Court previously continued case management conferences in this action

22 on the grounds that *Richards* and *Peruta* were still pending.

23      2.   The Ninth Circuit held oral argument in *Peruta* and *Richards* en banc, on June 16,

24 2015, but has not yet issued a decision.

25      3.   The parties agree that the April 21, 2016 Case Management Conference should be

26 continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27 / /

28 / /

                                        1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                                   ORRY P. KORB
                                                   COUNTY COUNSEL

Dated: April 8, 2016          By: _____/S/_____
                                             MELISSA R. KINIYALOCTS
                                             Deputy County Counsel

                                             Attorneys for Defendants
                                             SHERIFF LAURIE SMITH and
                                             COUNTY OF SANTA CLARA

                                             LAW OFFICES OF DONALD KILMER

Dated: April 8, 2016          By: _____/S/_____
                                             DONALD E.J. KILMER, JR.

                                             Attorneys for Plaintiffs

## ORDER

The April 21, 2016 Case Management Conference is continued to _____. Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing its final disposition in *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*, Case No.: 11-16255.

                                             _____
                                             EDWARD M. CHEN
                                             United States District Court Judge

1297153