1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  COUNTY OF SANTA CLARA

7

8                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          (San Francisco)

10

11 TOM SCOCCA, MADISON SOCIETY, INC.,      No.      CV11-01318 EMC
   and THE CALGUNS FOUNDATION, INC.,
12                                          **STIPULATION AND ORDER**
                   Plaintiffs,              **CONTINUING APRIL 21, 2016 CASE**
13                                          **MANAGEMENT CONFERENCE**
   v.
14
   SHERIFF LAURIE SMITH (In her individual
15 and official capacity.), COUNTY OF SANTA
   CLARA, and DOES 1 to 20,
16
                   Defendants.
17

18        The parties, by and through their counsel of record, hereby stipulate as follows:

19        1.    On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit

20 rules on *Peruta v. County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto (Yolo County)*,

21 Case No.: 11-16255.  The Court previously continued case management conferences in this action

22 on the grounds that *Richards* and *Peruta* were still pending.

23        2.    The Ninth Circuit held oral argument in *Peruta* and *Richards* en banc, on June 16,

24 2015, but has not yet issued a decision.

25        3.    The parties agree that the April 21, 2016 Case Management Conference should be

26 continued while the Ninth Circuit considers *en banc* review in *Peruta* and *Richards*.

27 / /

28 / /

                                            1

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2  "conformed" signature (/S/) within this efiled document.

3                                            ORRY P. KORB
                                             COUNTY COUNSEL
4

5  Dated:  April 8, 2016              By: _____/S/_____
                                             MELISSA R. KINIYALOCTS
6                                            Deputy County Counsel

7                                            Attorneys for Defendants
                                             SHERIFF LAURIE SMITH and
8                                            COUNTY OF SANTA CLARA

9

10                                           LAW OFFICES OF DONALD KILMER

11

12  Dated:  April 8, 2016             By:_____/S/_____
                                             DONALD E.J. KILMER, JR.
13
                                             Attorneys for Plaintiffs
14

15

16                                **ORDER**

17    The April 21, 2016 Case Management Conference is continued to August 25, 2016 at 10:30
                                                                      a.m.
18  Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth Circuit issuing

19  its final disposition in *Peruta v.County of San Diego*, Case No.: 10-56971 and *Richards v. Prieto*

20  *(Yolo County)*, Case No.: 11-16255. An updated joint CMC statement shall be filed
                                      by August 18, 2016.
21                                           _____

22                                           EDWARD M. CHEN
                                             United States District Court Judge
23                                       IT IS SO ORDERED
                                           AS MODIFIED
24

25                                         Judge Edward M. Chen

26

27

28  1297153

                                    2

Stipulation and Order Continuing                          CV11-01318 EMC
Case Management Conference