Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Jason A. Davis [SBN: 224250]
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Voice: (949) 310-0817
Fax:   (949) 288-6894
E-Mail: Jason@CalGunLawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM SCOCCA, MADISON SOCIETY, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SHERIFF LAURIE SMITH (In her individual and official capacity.), COUNTY OF SANTA CLARA, and DOES 1 to 20, <br><br> Defendants. | Case No.:   CV 11 01318 - EMC <br><br> **STIPULATION AND ORDER CONTINUING AUGUST 25, 2016 CASE MANAGEMENT CONFERENCE** |

The parties, by and through their counsel of record, hereby stipulate as follows:

1.  On January 14, 2013, the Court issued an order staying this case until the Ninth Circuit ruled on *Richards v. Prieto (Yolo County)*, Case No.: 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Conitinue CMC         Page 1 of 2         Scocca v. Smith

1  2.  The Ninth Circuit issued its opinion in that matter on June 9, 2016.

2  3.  Pursuant to prior orders, the Plaintiffs filed a notice of that disposition on
3      June 15, 2016. (Doc #100)

4  4.  This matter is on for Case Management Conference on August 25, 2016 at
5      10:30 a.m. in Courtroom 5, 17th Floor, of the San Francisco Courthouse.

6  5.  On June 23, 2016, the Appellants in *Richards* and *Peruta*, filed petitions for
7      Full Court en banc.

8  6.  On June 24, 2016, the Ninth Circuit ordered the Appellees and Intervenors to
9      file a response to those petitions.

10 7.  As of the date of this stipulation, the petitions in *Richards* and *Peruta* are
11     still pending.

12 8.  The parties have met and conferred and agree that the Court should continue
13     the Case Management Conference while *Richards* and *Peruta* remain active
14     in the Ninth Circuit.

15 9.  The plaintiffs have the defendants' consent to file this stipulation and
16     proposed order.  Respectfully Submitted on July 28, 2016,

17

18  /s/                                    /s/
    Melissa Kiniyalocts,                   Donald Kilmer
    Counsel for Defendants                 Counsel for Plaintiffs

19

20                              **ORDER**

21     The August 25, 2016 Case Management Conference is continued to:
22 _Nov. 10, 2016_ at _10:30 am_. Joint Case Management Statement will be due: _Nov. 3, 2016_.
23 Plaintiffs are directed to file notice with this Court within 5 court-days of the Ninth
24 Circuit issuing its (full court) en banc disposition in *Richards v. Prieto*, Case No.:
25 11-16255 and *Peruta v. County of San Diego*, Case No.: 10-56971.

26

27 Date: 8/4/16
                                           _____
28                                         EDWARD M. CHEN    IT IS SO ORDERED
                                           United States District J  MODIFIED
                                                                   Judge Edward M. Chen

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation: Conitinue CMC         Page 2 of 2                    Bacca v. Smith